UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. C70-9213RSM |
| Plaintiffs, | Subproceeding No. 89-306 |
| v. | ORDER OF REFERENCE |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

A Request for Dispute Resolution was filed in 2009 by seventeen Tribes pursuant to Section 9 of the Revised Shellfish Implementation Plan. *See* Case No. C70-9213, Dkt. #19284 and Case No. 89sp306, Dkt. #1. Pursuant to Section 9.2 of the Revised Shellfish Implementation Plan, the Request was initially referred to Judge Strombom for hearing and resolution. Case No. 89sp306, Dkt. #175. The matter is now hereby REFERRED to the Honorable David W. Christel, United States Magistrate Judge, for hearing and resolution.

DATED this 15th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF REFERENCE
PAGE - 1