HONORABLE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., Plaintiffs, v. STATE OF WASHINGTON, et al., Defendants. | ) | Case No. C70-9213-RSM-DWC<br>Subproceeding No. 89-3-06 (Shellfish)<br>JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT |

The Parties identified below seek this Court's entry of an Order that approves the Parties' Settlement Agreement. The Parties to this Settlement Agreement are as follows:

Plaintiff Treaty Tribes: Tulalip, Stillaguamish, Sauk Suiattle, Puyallup, Squaxin Island, Upper Skagit, Nooksack, Nisqually, Lummi, Skokomish, Port Gamble S'Klallam, Lower Elwha S'Klallam, Jamestown S'Klallam, Suquamish, and Swinomish Tribes; Defendant State of Washington; Defendant Puget Sound Shellfish Growers Legal Defense Fund; and Defendant Russ' Shellfish Company.

The undersigned representatives of the Parties affirm and agree that the Settlement Agreement is fair and reasonable and, by the signatures of their representatives below, the Parties consent to and are bound by its terms. Each undersigned representative of the Parties to

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

the Settlement Agreement certifies that he or she is fully authorized by that Party to execute the terms and conditions of this Joint Motion for Order Approving Settlement Agreement, and to legally bind such party to this Order and the Settlement Agreement. By their representatives' signatures below, the Parties consent to the entry of this Order Approving the Settlement Agreement.

The Makah, Muckleshoot and United States of America have each expressed no objection to the Settlement Agreement or to the entry of an Order Approving the Settlement Agreement. K. Lyon Declaration at ¶ 3 (May 14, 2020).

Respectfully submitted this 21st day of May, 2020.

**PUGET SOUND SHELLFISH GROWERS LEGAL DEFENSE FUND**

*/s/ Samuel W. Plauché*
Samuel W. Plauché, WSBA #25476
Plauché & Carr LLP
811 First Avenue, Suite 630
Seattle, WA 98104
206.588.4188
billy@plauchecarr.com

Date: May 21, 2020

*/s/ Robert M. Smith*
Robert M. Smith, WSBA # 47674
Partner
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Phone: (206) 370-5743
Robert.Smith@klgates.com

Date: May 21, 2020

JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT - 2
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

**RUSS' SHELLFISH COMPANY**

*/s/ Russell Norris*

Russell Norris
3110 SE Old Olympic Hwy
Shelton, WA 98584
360.427.5676
rshelellfish@aol.com

Date: May 21, 2020

JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT - 3
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

**STATE OF WASHINGTON**

*/s/ Joseph V. Panesko*
Joseph V. Panesko, WSBA # 25286
Michael Grossman, WSBA # 15293
Attorney General's Office
P.O. Box 40100
Olympia, WA 40100
360.586.3276

Date: May 21, 2020

**JAMESTOWN S'KLALLAM TRIBE**

*/s/ Lauren Rasmussen*
Lauren Rasmussen, WSBA # 33256
Law Offices of
Lauren Rasmussen, PLLC
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206.623.0900
lauren@rasmussen-law.com

Date: May 21, 2020

**LOWER ELWHA SKALLAM TRIBE**

*/s/ Stephen H. Suagee*
Stephen H. Suagee, WSBA # 26776
2851 Lower Elwha Road
Port Angeles, WA 98363
360.461.2989
Steve.saugee@elwha.org

Date: May 21, 2020

JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT - 4
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

**LUMMI NATION**

*/s/ Cynthia Cartwright*

Cynthia Cartwright, WSBA # 55756
2665 Kwina Road, Bldg C & D
Bellingham, WA 98226
360.312.2160
cynthiac@lummi-nsn.gov

Date: May 21, 2020

**NISQUALLY INDIAN TRIBE**

*/s/ Jay. J. Manning*

Jay J. Manning, WSBA No. 13579
Meghan E. Gavin,
WSBA No. 50124
Cascadia Law Group PLLC
1201 Third Avenue, Suite 320
Seattle, WA 98101
Telephone: (360) 786-5057
Facsimile: (360) 786-1835
jmanning@cascadialaw.com;
mgavin@cascadialaw.com

Date: May 21, 2020

**NOOKSACK INDIAN TRIBE**

*/s/ Charles N. Hurt, Jr.*

Charles N. Hurt, Jr., WSBA # 46217
Senior Tribal Attorney
Office of Tribal Attorney
Nooksack Indian Tribe
5047 Mt. Baker Hwy., P.O. Box 63
Deming, WA 98244
360.592.4158 x 3356
churt@nooksack-nsn.gov

Date: May 21, 2020

JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT - 5
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

**PORT GAMBLE S'KLALLAM TRIBE**

*/s/ Lauren Rasmussen*
Lauren Rasmussen, WSBA # 33256
Law Offices of
Lauren Rasmussen, PLLC
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206.623.0900
lauren@rasmussen-law.com

Date: May 21, 2020

**PUYALLUP TRIBE OF INDIANS**

*/s/ Sam Stiltner*
Sam Stiltner, WSBA # 07765
Alec Wrolson WSBA #54076
Puyallup Tribe of Indians
3009 East Portland Avenue
Tacoma, WA 98404
360.573.7876
sams@puyallyptribe.com
alec.wrolson@puyalluptribe.com

Date: May 21, 2020

**SAUK SUIATTLE**

*/s/ Jack W. Fiander*
Jack W. Fiander, WSBA # 13116
5808A Summitview Avenue #97
Yakima, WA 98908
509.961.0096 or 509. 969.4436
towtnuklaw@msn.com

Date: May 21, 2020

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

**SKOKOMISH INDIAN TRIBE**

*/s/ Earle D. Lees*

Earle D. Lees, WSBA # 30017
N. 80 Tribal Center Road
Skokomish Nation, WA 98584
360.877.2100
eless@skokomish.org

Date: May 21, 2020

**STILLAGUAMISH TRIBE OF INDIANS**

*/s/ Scott O. Mannakee*

Scott O. Mannakee, WSBA # 19454
Tribal Attorney
3322 236th Street NE
Arlington, WA 98223
360.572.3028
smannakee@stillaguamish.com

Date: May 21, 2020

**SQUAXIN ISLAND TRIBE**

*/s/ Kevin Lyon*

Kevin Lyon, WSBA # 15076
Sharon Haensly, WSBA #18158
3711 SE Old Olympic Highway
Shelton, WA 98584
360.432.1771
klyon@squaxin.us
shaensly@squaxin.us

Date: May 21, 2020

JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT - 7
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

**SUQUAMISH TRIBE**

 */s/ Rit Bellis*
Rit Bellis, WSBA # 29226
PO Box 498
Suquamish, WA 98392
360.394.8490
rbellsi@suquamish.nsn.us

Date: May 21, 2020

**SWINOMISH INDIAN TRIBAL COMMUNITY**

 */s/ Emily Hutchinson Haley*
Emily Hutchinson Haley, WSBA # 38284
11404 Moorage Way
LaConner, WA 98257
360.466.1134
ehutchinson@swinomish.nsn.us

Date: May 21, 2020

**TULALIP TRIBES**

 */s/ Mason D. Morisset*
Mason D. Morisset, WSBA # 00273
Morisset, Schlosser, Jozwiak
& Somerville
Suite 218 Colman Building
811 First Avenue
Seattle, Washington 98104
206.386.5200
mmorisset@msaj.com

Date: May 21, 2020
**UPPER SKAGIT TRIBE**

 */s/ David S. Hawkins*

JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT - 8
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

David S. Hawkins, WSBA # 35370
General Counsel
Upper Skagit Indian Tribe
25944 Community Plaza Way
Sedro-Wooley, WA 98284
360.854.7016
dhawkins@UPPERSKAGIT.com

Date: May 21, 2020

JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT - 9
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771