HONORABLE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | Case No. C70-9213-RSM-DWC |
| v. | Subproceeding No. 89-3-06 (Shellfish) |
| STATE OF WASHINGTON, et al., | DECLARATION OF KEVIN LYON IN SUPPORT OF JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT |
| Defendants. | |

Kevin Lyon states and declares as follows:

1. I am over the age of 18 years old and make this declaration on my own personal knowledge and belief.

2. I am the Director of the Squaxin Island Legal Department, and an attorney of record in this case. I have personal knowledge of the facts and circumstances set out in this declaration, and am competent to testify to the matters asserted herein.

3. I have conferred with counsel for each of the Makah Tribe, Muckleshoot Tribe and United States, and am authorized to represent that each has expressed no objection to the Settlement Agreement or to the entry of an Order Approving the Settlement Agreement.

DECLARATION OF KEVIN LYON IN SUPPORT OF
JOINT MOTION FOR ORDER APPROVING SETTLEMENT
AGREEMENT - 1
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

I declare under penalty of perjury under the laws of the State of Washington, the United States, and the Squaxin Island Tribe that the foregoing is true and correct.

EXECUTED this 14th day of May, 2019, at Kamilche, Washington.

*s/ Kevin Lyon*
Kevin Lyon

DECLARATION OF KEVIN LYON IN SUPPORT OF JOINT MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT - 2
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771