# EXHIBIT A
# Covered and Non-Covered Tidelands

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| | **Covered Tidelands** | | |
| | **ACME Seafood, Inc. Dkt. 14487** | | |
| 3 | | 36022501030003 | Skagit |
| 4 | | 36022501040002 | Skagit |
| 5 | | 36022501050001 | Skagit |
| 6 | | 36022501060000 | Skagit |
| 7 | | 36022501190005 | Skagit |
| 8 | | 36023600210009 | Skagit |
| 9 | | 38513000010205 | Skagit |
| | **Arcadia Shellfish, LLC Dkt. 14521** | | |
| 13 | | 32023-47-00070 | Mason |
| 14 | | 32023-47-90064 | Mason |
| | **Arthur & Margaret Price, LLC; Price Clam Farm Dkt. 14535** | | |
| 17 | | 21324002 | Jefferson |
| 18 | | 21324017 | Jefferson |
| | **Babare Brothers Inc. Dkt. 14506** | | |
| 19 | | 701093006 | Jefferson |
| 20 | | 701204012 | Jefferson |
| 22 | | 92000801000 | Thurston |
| 23 | | 92000802000 | Thurston |
| 24 | | 32010-13-00080 | Mason |
| 25 | | 92000804000 | Thurston |
| 28 | | 32010-24-80132 | Mason |
| 29 | | 32010-24-80131 | Mason |
| 30 | | 32010-13-70590 | Mason |
| 31 | | 32010-13-70591 | Mason |
| | **Becky's Bivalves Dkt. 14483** | | |
| 32 | | 31911-11-00012 | Mason |
| 33 | | 22030-10-04030 | Mason |
| | **Broders Seafoods Dkt. 14507** | | |
| 34 | | 901072003 | Jefferson |
| 35 | | 901182011 | Jefferson |
| 36 | | 901122005 | Jefferson |
| 37 | | 901013001 | Jefferson |
| 38 | | 902133006 | Jefferson |
| 39 | | 902133007 | Jefferson |
| 40 | | 902133008 | Jefferson |
| 41 | | 902133011 | Jefferson |
| 42 | | 902133009 | Jefferson |
| 43A | | 901054001 | Jefferson |
| 43B | | 901054002 | Jefferson |
| 43C | | 901054017 | Jefferson |
| 44 | | 902134002 | Jefferson |
| 45 | | 902134001 | Jefferson |
| 46 | | 902241012 | Jefferson |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 47 | | 921051034 | Jefferson |
| 48 | | 901054015 | Jefferson |
| 49 | | 901183001 | Jefferson |
| 50 | Buck Bay Shellfish Farm Dkt. 14561 | 160946001 | San Juan |
| 51 | Calm Cove Oyster Co. Dkt. 14546 | 31914-30-80850 | Mason |
| 53 | Calm Cove Shellfish Co. Dkt. 14543 | 32413-33-00000 | Mason |
| 54 | Carl's Oysters Dkt. 14533 | 22032-50-00916 | Mason |
| 56 | Carol Farms Co. Dkt. 14489 | 22021-50-00039 | Mason |
| 57 | Chelsea Farms LLC Dkt. 14504, 14505 | 12920220301 | Thurston |
| 68 | | 12920220300 | Thurston |
| 89 | | 93019600000 | Thurston |
| 91 | | 11908230100 | Thurston |
| 92 | | 12917340105 | Thurston |
| 95 | | 12917340106 | Thurston |
| 96 | | 93020700000 | Thurston |
| 97 | Clam Fresh, LLC Dkt. 14550 | 32016-34-70500 | Mason |
| 98 | | 32021-20-70510 | Mason |
| 99 | Dahman, Chuck and Kelli Dkt. 14554 | 31914-10-80830 | Mason |
| 100 | | 31914-40-80840 | Mason |
| 101 | | 93043200000 | Thurston |
| 102 | Deer Harbor Shellfish Dkt. 14542 | 31902-43-90050 | Mason |
| 103 | | 31902-33-70140 | Mason |
| 104 | | 31902-33-70141 | Mason |
| 105 | Draper Tree Farm, LLC Dkt. 14527 | 032402-3-004-1005 | Kitsap |
| 107 | Eagle Rock Shellfish Dkt. 14556 | 32426-21-70997 | Mason |
| 109 | Engman Oyster Co. Dkt. 14491 | 12228-21-80291 | Mason |
| 115 | GR Clam & Oyster Dkt. 14501 | 31910-12-80522 | Mason |
| 116 | | 31910-12-80153 | Mason |
| 117 | | 31910-12-80150 | Mason |
| 118 | | 31910-11-80010 | Mason |
| 119 | | 22032-50-00025 | Mason |
| 120 | | 92080100001 | Thurston |
| 124 | Hama Hama Co. Dkt. 14488 | 32423-43-80690 | Mason |
| 125 | | 32426-00-04000 | Mason |
| 126 | | 32426-12-80700 | Mason |
| 127 | | 32426-21-80910 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 128 | | 32426-22-80410 | Mason |
| 129 | | 32426-22-80420 | Mason |
| 130 | | 32427-44-70940 | Mason |
| 131 | | 32427-10-70000 | Mason |
| 132 | | 32427-10-70890 | Mason |
| 133 | Jensen's Sea Ranch Dkt. 14493 | 31911-52-00019 | Mason |
| 134 | J&G Gunstone Clam Inc. Dkt. 14562 | 901191004 | Jefferson |
| 135 | | 901192009 | Jefferson |
| 136 | | 902014008 | Jefferson |
| 139 | | 002363007 | Jefferson |
| 140 | | 902014003 | Jefferson |
| 141 | | 601181012 | Jefferson |
| 142 | | 921051015 | Jefferson |
| 143 | | 921051008 | Jefferson |
| 144 | | 921051032 | Jefferson |
| 145 | | 921051005 | Jefferson |
| 146 | | 032902-440050-000 | Clallam |
| 147 | | 032902-410025-000 | Clallam |
| 148 | | 032902-140170-000 | Clallam |
| 149 | | 032901-449020-000 | Clallam |
| 150 | | 032901-449010-000 | Clallam |
| 151 | | 032912-110070-000 | Clallam |
| 152 | | 032902-440100-000 | Clallam |
| 153 | | 032901-449030-000 | Clallam |
| 154 | Duplicate of 153 | 032901-449030-000 | Clallam |
| 155 | | 033024-330000-000 | Clallam |
| 156 | | 033036-240175-000 | Clallam |
| 157 | | 033036-240225-000 | Clallam |
| 158 | | 902243031 | Jefferson |
| 159 | | 032902-410050-000 | Clallam |
| 163 | | 902011005 | Jefferson |
| 164 | | 901063001 | Jefferson |
| 165 | | 601074001 | Jefferson |
| 166 | | 901084011 | Jefferson |
| 167 | | 901172003 | Jefferson |
| 168 | | 002231002 | Jefferson |
| 169 | | 002242009 | Jefferson |
| 170 | | 002254002 | Jefferson |
| 171 | | 001303001 | Jefferson |
| 172 | | 001302004 | Jefferson |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 173 | | 001304008 | Jefferson |
| 174 | | 001322021 | Jefferson |
| 175 | | 002354002 | Jefferson |
| 176 | | 002363002 | Jefferson |
| 177 | | 002363005 | Jefferson |
| 178 | | 002363001 | Jefferson |
| 179 | | 001302005 | Jefferson |
| 180 | | 32901120050 | Clallam |
| 181 | | 033025-210250-000 | Clallam |
| 182 | | 033023-410250-000 | Clallam |
| 183 | | 032912-220100-000 | Clallam |
| 184 | | 033036-210175-000 | Clallam |
| 185 | | 023022-300000-000 | Clallam |
| 186 | | 023027-220100-000 | Clallam |
| 187 | | 023027-230100-000 | Clallam |
| 188 | | 032901-120025-000 | Clallam |
| 189 | | 032901-130000-000 | Clallam |
| 190 | | 032901-130100-000 | Clallam |
| 191 | | 032901-140250-000 | Clallam |
| 192 | | 032902-410000-000 | Clallam |
| 193 | | 902011003 | Jefferson |
| 194 | | 902014008 | Jefferson |
| 195 | | 002363008 | Jefferson |
| 196 | | 902011009 | Jefferson |
| 197 | | 033036-240250-000 | Clallam |
| 198 | | 601074018 | Jefferson |
| 199 | | 033036-240075-000 | Clallam |
| 200 | | 032902-140210-000 | Clallam |
| 201 | | 033036-240000-000 | Clallam |
| 202 | | 033036-240025-000 | Clallam |
| 203 | | 702251004 | Jefferson |
| 204 | | 702251003 | Jefferson |
| 205 | | 902241003 | Jefferson |
| 206 | | 902241019 | Jefferson |
| 207 | | 902241023 | Jefferson |
| 208 | | 901084003 | Jefferson |
| 209 | | 702251021 | Jefferson |
| 210 | | 701302001 | Jefferson |
| 211 | | 701302007 | Jefferson |
| 212 | | 032912-110050-000 | Clallam |
| 213 | | 002341044 | Jefferson |
| 214 | | 502311009 | Jefferson |
| 215 | | 701302012 | Jefferson |
| 216 | | 002273032 | Jefferson |
| 217 | | 702251037 | Jefferson |
| 218 | Duplicate of 119 | 0329024-10050-0000 | Clallam |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| | | | |
| 219 | JJ Brenner Oyster Company Dkt. 14524 | 31909-00-83730 | Mason |
| 222 | | 93044901000 | Thurston |
| 223 | | 93035300000 | Thurston |
| 224 | | 93035400000 | Thurston |
| 225 | | 93037400000 | Thurston |
| 227 | Joe Leonard Oyster Co. Dkt. 14509, 14510 | 32423-14-70220 | Mason |
| 236 | John Sells Shellfish Dkt. 14545 | 31912-22-70010 | Mason |
| 237 | Kron Enterprises Dkt. 14544 | 31911-12-00090 | Mason |
| 238 | | 31911-12-90050 | Mason |
| 239 | Lindsay Tidelands Dkt. 14500 | 601074009 | Jefferson |
| 240 | | 601074012 | Jefferson |
| 241 | | 601181005 | Jefferson |
| 243 | Little Skookum Shellfish Dkt. 14514-14516 | 31910-12-80152 | Mason |
| 244 | | 31910-12-80521 | Mason |
| 245 | | 31910-11-70220 | Mason |
| 246 | | 31910-11-80011 | Mason |
| 247 | | 31910-21-70310 | Mason |
| 248 | | 31910-21-80000 | Mason |
| 249 | | 31910-23-80320 | Mason |
| 250 | | 22032-50-00913 | Mason |
| 251 | | 22032-50-00914 | Mason |
| 252 | | 22032-50-00030 | Mason |
| 253 | | 22032-50-00028 | Mason |
| 255 | | 31909-40-00000 | Mason |
| 256 | | 31909-00-73380 | Mason |
| 257 | | 31910-23-00000 | Mason |
| 258 | | 31909-00-83810 | Mason |
| 259 | | 31910-12-80150 | Mason |
| 260 | | 31910-22-00010 | Mason |
| 261 | | 31901-31-00160 | Mason |
| 262 | | 31901-31-00150 | Mason |
| 263 | | 31901-31-80720 | Mason |
| 265 | Lyden Shellfish Dkt. 14558 | 93010800000 | Thurston |
| 266 | | 12907310200 | Thurston |
| 267 | | 12907310201 | Thurston |
| 268 | | 12907310202 | Thurston |
| 269 | | 12907310203 | Thurston |
| 270 | | 12907321000 | Thurston |
| 271 | | 93010604000 | Thurston |
| 272 | | 93010601000 | Thurston |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 273 | **Manke Lumber Company** **Dkt. 14518** | 22125-42-00040 | Mason |
| 302 | **Marrowstone Island Shellfish** **Dkt. 14511** | 021332025 | Jefferson |
| 303 | | 021332028 | Jefferson |
| 308 | | 021332012 | Jefferson |
| 333 | **Mats Mats Oyster Company** **Dkt. 14548** | 970800606 | Jefferson |
| 334 | | 970800511 | Jefferson |
| 335 | **McDonald Molusca** **Dkt. 14531** | 13912110201 | Thurston |
| 336 | | 13912110202 | Thurston |
| 337 | | 13912110601 | Thurston |
| 342 | **Millers Oyster Co.** **Dkt. 14494** | 0020131005 | Pierce |
| 345 | **Minterbrook Oyster Co.** **Dkt. 14513** | 22023-00-80661 | Mason |
| 346 | | 22023-00-80611 | Mason |
| 350 | | 0122283004 | Pierce |
| 351 | | 0122294002 | Pierce |
| 360 | | 0022273034 | Pierce |
| 361 | | 0022274043 | Pierce |
| 362 | | 0022274033 | Pierce |
| 363 | | 0022341020 | Pierce |
| 364 | | 0022274032 | Pierce |
| 374 | | 0022343000 | Pierce |
| 375 | | 0022342012 | Pierce |
| 377 | | 7239900150 | Pierce |
| 378 | | 7239900160 | Pierce |
| 379 | | 0122294007 | Pierce |
| 380 | Duplicate of 350 | 0122283004 | Pierce |
| 381 | Duplicate of 351 | 0122294002 | Pierce |
| 382 | Duplicate of 375 | 0022342012 | Pierce |
| 383 | Duplicate of 374 | 0022343000 | Pierce |
| 387 | **National Fish and Oyster Co.** **Dkt. 14536** | 21930321500 | Thurston |
| 397 | **Oliver Gray & Sons** **Dkt. 14528** | 32316-23-80100 | Mason |
| 398 | | 32426-21-80100 | Mason |
| 403 | | 32434-34-70471 | Mason |
| 404 | | 32330-51-56010 | Mason |
| 405 | **Olson Oyster Co.** **Dkt. 14486** | 701162002 | Jefferson |
| 406 | | 701174010 | Jefferson |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 407 | Olympia Oyster Co. Dkt. 14502 | 22032-11-80010 | Mason |
| 408 | | 31921-41-70050 | Mason |
| 409 | | 31921-41-80860 | Mason |
| 410 | | 31921-42-80900 | Mason |
| 411 | | 31922-14-80040 | Mason |
| 412 | | 31922-23-70100 | Mason |
| 413 | | 31922-24-70120 | Mason |
| 414 | | 31922-24-70121 | Mason |
| 415 | | 31922-31-80080 | Mason |
| 416 | | 31922-31-80240 | Mason |
| 417 | | 31922-32-80090 | Mason |
| 418 | | 31922-41-80050 | Mason |
| 419 | | 31922-42-80060 | Mason |
| 420 | | 31922-42-80110 | Mason |
| 421 | | 31923-24-00000 | Mason |
| 422 | | 31923-24-80060 | Mason |
| 423 | | 31922-13-70090 | Mason |
| 424 | | 31923-23-70110 | Mason |
| 425 | | 31921-41-80890 | Mason |
| 426 | | 31923-23-70112 | Mason |
| 427 | | 93044400000 | Thurston |
| 428 | | 93044500000 | Thurston |
| 429 | | 93044600000 | Thurston |
| 430 | | 93044800000 | Thurston |
| 431 | | 93045600000 | Thurston |
| 432 | | 93045700000 | Thurston |
| 433 | | 93045800000 | Thurston |
| 434 | | 93045900000 | Thurston |
| 435 | | 93046000000 | Thurston |
| 436 | | 93046100000 | Thurston |
| 437 | | 93046200000 | Thurston |
| 438 | | 93011100000 | Thurston |
| 439 | | 93038600000 | Thurston |
| 440 | | 92078300000 | Thurston |
| 441 | | 93043300000 | Thurston |
| 442 | | 93044700000 | Thurston |
| 444 | Olympic Shellfish Dkt. 14557 | 12931321400 | Thurston |
| 445 | | 12931321500 | Thurston |
| 446A | Pickering Shellfish Dkt. 14484 | 22015-75-90041 | Mason |
| 446B | | 22015-75-90042 | Mason |
| 447 | | 22004-41-00030 | Mason |
| 448 | Potlatch Oyster Co. Dkt. 14522 | 42214-44-00000 | Mason |
| 449 | | 42223-50-00091 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 450 | | 42223-50-00093 | Mason |
| 451 | | 42223-11-00050 | Mason |
| 452 | Quiet Water Clams, LLC Dkt. 14485 | 31911-21-70100 | Mason |
| 453 | | 31911-22-80021 | Mason |
| 454 | | 31910-21-80330 | Mason |
| 455 | | 31910-22-70200 | Mason |
| 456 | Rawding Oyster Co. Dkt. 14492 | 93011000000 | Thurston |
| 457 | | 93010701000 | Thurston |
| 458 | | 93010900000 | Thurston |
| 459 | | 93010700000 | Thurston |
| 471 | R-Bay Seafood Dkt. 14532 | 32002-13-80191 | Mason |
| 474 | | 22020-76-00012 | Mason |
| 474a | | 22020-76-90121 | Mason |
| 474b | | 22020-76-90122 | Mason |
| 476 | | 12105-10-80032 | Mason |
| 478 | R E Miller Shellfish Dkt. 14495 | 31911-12-90080 | Mason |
| 479 | Renae Gunstone-White Dkt. 14547 | 2363007 | Jefferson |
| 480 | | 6011810012 | Jefferson |
| 481 | | 901171012 | Jefferson |
| 482 | | 901083002 | Jefferson |
| 483 | | 32901120000 | Clallam |
| 484 | Rock Point Oyster Co. Dkt. 14503 | 701091004 | Jefferson |
| 485 | | 701163002 | Jefferson |
| 486 | Roy M. Taylor Dkt. 14496 | 31911-52-00014 | Mason |
| 487 | | 31911-52-00015 | Mason |
| 488 | | 31911-52-00016 | Mason |
| 489 | | 31911-40-80512 | Mason |
| 490 | | 31911-40-80513 | Mason |
| 491 | | 31911-40-80518 | Mason |
| 492 | | 31911-44-80513 | Mason |
| 493 | | 31911-50-04005 | Mason |
| 494 | | 31911-40-80510 | Mason |
| 496 | | 31911-50-08001 | Mason |
| 497 | Russ' Shellfish Company Dkt. 14549 | 32023-23-90040 | Mason |
| 499 | | 32232-55-00042 | Mason |
| 500 | | 32232-55-00043 | Mason |
| 501 | | 32232-55-00044 | Mason |
| 502 | | 32232-55-00045 | Mason |
| 503 | | 32232-55-00047 | Mason |
| 504 | | 32232-55-00048 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 505 | | 32232-55-00049 | Mason |
| 506 | Salty Dog Seafood, Inc. Dkt. 14529 | 93044900000 | Thurston |
| 507 | Schreiber Shellfish Dkt. 14538 | 32023-32-90221 | Mason |
| 508 | | 32023-23-90000 | Mason |
| 509 | | 32023-23-90010 | Mason |
| 510 | | 32023-23-80560 | Mason |
| 511 | | 32023-47-90090 | Mason |
| 512 | | 32023-47-90140 | Mason |
| 513 | | 32023-23-90070 | Mason |
| 520 | | 32023-24-90200 | Mason |
| 521 | Sea Spray Mariculture Dkt. 14539 | 32434-42-70381 | Mason |
| 522 | Seafood Northwest Dkt. 14540 | 462433001 | San Juan |
| 523 | | 462433002 | San Juan |
| 524 | Seattle Shellfish Dkt. 14537 | 22125-00-83081 | Mason |
| 525 | | 22136-11-00020 | Mason |
| 527 | | 92079700000 | Thurston |
| 529 | Skookum Bay Oyster Co. Dkt. 14499 | 31910-12-80790 | Mason |
| 530 | | 31910-22-70190 | Mason |
| 531 | | 31910-22-70250 | Mason |
| 532 | | 31911-00-71440 | Mason |
| 533 | | 31911-22-70090 | Mason |
| 534 | | 31911-22-70300 | Mason |
| 535 | | 31911-22-80020 | Mason |
| 536 | | 31911-22-80022 | Mason |
| 537 | Skookum Clam & Oyster Farm Dkt. 14520 | 31910-11-80910 | Mason |
| 538 | | 31910-11-70221 | Mason |
| 541 | Sound Fresh Clams & Oysters Dkt. 14526 | 31911-11-00030 | Mason |
| 545 | Stevens & Son Dkt. 14517 | 32010-31-80130 | Mason |
| 546 | | 32010-34-80520 | Mason |
| 547 | | 32015-21-80120 | Mason |
| 548 | | 32010-32-00010 | Mason |
| 549 | | 32016-50-00013 | Mason |
| 550 | | 32016-50-00014 | Mason |
| 551 | | 32016-50-00015 | Mason |
| 552 | | 32016-50-00016 | Mason |
| 553 | | 32016-50-00900 | Mason |
| 554 | | 32016-50-00012 | Mason |
| 555 | | 32016-50-00011 | Mason |
| 556 | | 32016-50-00010 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 557 | | 32016-50-00009 | Mason |
| 566 | **Sunrise Marine, Inc. Dkt. 14552** | 12917130500 | Thurston |
| 567 | | 93020600000 | Thurston |
| 568 | **Sweetwater Shellfish Farm Dkt. 14541** | 250143004000 | San Juan |
| 569 | | 250143010000 | San Juan |
| 570 | | 250145012000 | San Juan |
| 573 | **Taylor Homestead Clams Dkt. 14530** | 31911-52-00018 | Mason |
| 575 | | 31911-52-00017 | Mason |
| 576 | **Taylor United Dkt. 14498** | 12217-44-80320 | Mason |
| 577 | | 12217-12-80510 | Mason |
| 578 | | 12217-11-80301 | Mason |
| 579 | | 12217-11-80293 | Mason |
| 580 | | 12220-11-80071 | Mason |
| 581 | | 12220-11-80060 | Mason |
| 582 | | 12220-14-80070 | Mason |
| 583 | | 12331-00-82381 | Mason |
| 584 | | 22020-41-80540 | Mason |
| 585 | | 22020-41-80541 | Mason |
| 586 | | 22020-41-80550 | Mason |
| 587 | | 22201-42-80200 | Mason |
| 588 | | 31909-30-70270 | Mason |
| 589 | | 31909-30-80790 | Mason |
| 590 | | 31909-34-80490 | Mason |
| 591 | | 31909-42-80800 | Mason |
| 592 | | 31910-20-00000 | Mason |
| 593 | | 31916-22-00000 | Mason |
| 594 | | 31921-34-80970 | Mason |
| 595 | | 31922-14-80052 | Mason |
| 596 | | 31922-42-80051 | Mason |
| 597 | | 31923-23-80050 | Mason |
| 598 | | 31928-22-80122 | Mason |
| 599 | | 31928-22-80121 | Mason |
| 600 | | 31928-23-80410 | Mason |
| 601 | | 31928-23-80412 | Mason |
| 602 | | 32002-00-81150 | Mason |
| 603 | | 32002-00-84210 | Mason |
| 604 | | 32003-34-80550 | Mason |
| 605 | | 32003-44-80810 | Mason |
| 606 | | 32009-41-80000 | Mason |
| 607 | | 32010-00-81080 | Mason |
| 608 | | 32010-21-80070 | Mason |
| 609 | | 32010-21-80140 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 610 | | 32010-22-00020 | Mason |
| 611 | | 32010-22-00030 | Mason |
| 612 | | 32010-23-80120 | Mason |
| 613 | | 32015-10-80160 | Mason |
| 614 | | 32015-50-00031 | Mason |
| 615 | | 32016-41-70000 | Mason |
| 616 | | 32022-31-70380 | Mason |
| 617 | | 32022-41-70400 | Mason |
| 618 | | 32106-12-70030 | Mason |
| 619 | | 32106-12-70033 | Mason |
| 620 | | 32106-24-70030 | Mason |
| 621 | | 32231-14-00110 | Mason |
| 622 | | 32231-42-80961 | Mason |
| 623 | | 32231-43-70810 | Mason |
| 624 | | 32231-43-80810 | Mason |
| 625 | | 602353036 | Jefferson |
| 626 | | 602353037 | Jefferson |
| 627 | | 701163004 | Jefferson |
| 628 | | 701174003 | Jefferson |
| 631 | | 701201004 | Jefferson |
| 632 | | 3852-200-001-0107 | Skagit |
| 633 | | 3851-300-001-4405 | Skagit |
| 634 | | 3851-300-001-4306 | Skagit |
| 635 | | 3851-300-001-3407 | Skagit |
| 636 | | 3851-300-001-2102 | Skagit |
| 637 | | 3851-300-001-2003 | Skagit |
| 638 | | 3851-300-001-1807 | Skagit |
| 639 | | 3851-300-001-1302 | Skagit |
| 640 | | 3851-300-001-8000 | Skagit |
| 641 | | 3851-300-001-2508 | Skagit |
| 643 | | 360317-0-003-0003 | Skagit |
| 644 | | 360321-0-028-0008 | Skagit |
| 645 | | 360225-0-107-0009 | Skagit |
| 646 | | 360225-0-108-0008 | Skagit |
| 647 | | 360225-0-109-0007 | Skagit |
| 648 | | 360225-0-114-0000 | Skagit |
| 649 | | 3850-100-001-0408 | Skagit |
| 650 | | 3851-300-001-0304 | Skagit |
| 651 | | 3851-300-001-0403 | Skagit |
| 652 | | 3851-300-001-0809 | Skagit |
| 653 | | 3851-300-001-1203 | Skagit |
| 655 | | 3851-300-001-2201 | Skagit |
| 656 | | 3851-300-001-2409 | Skagit |
| 657 | | 3851-300-001-5105 | Skagit |
| 658 | | 3851-300-001-5402 | Skagit |
| 659 | | 3852-200-001-0206 | Skagit |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 660 | | 3852-200-001-0404 | Skagit |
| 661 | | 360308-0-011-0004 | Skagit |
| 662 | | 92070900000 | Thurston |
| 663 | | 92071000000 | Thurston |
| 664 | | 92071100000 | Thurston |
| 665 | | 92077300000 | Thurston |
| 666 | | 92077700000 | Thurston |
| 667 | | 92078000000 | Thurston |
| 668 | | 92078400000 | Thurston |
| 669 | | 92078401000 | Thurston |
| 670 | | 92079300000 | Thurston |
| 671 | | 93038100000 | Thurston |
| 673 | | 93039100000 | Thurston |
| 674 | | 93010401000 | Thurston |
| 675 | | 93011200000 | Thurston |
| 676 | | 93011300000 | Thurston |
| 677 | | 93011401000 | Thurston |
| 679 | | 93039200000 | Thurston |
| 680 | | 93039300000 | Thurston |
| 681 | | 93039400000 | Thurston |
| 682 | | 93039800000 | Thurston |
| 683 | | 93041900000 | Thurston |
| 684 | | 93042400000 | Thurston |
| 685 | | 93044300000 | Thurston |
| 686 | | 93046400000 | Thurston |
| 687 | | 93038700000 | Thurston |
| 688 | | 93037500000 | Thurston |
| 690 | | 36020015000 | Thurston |
| 691 | | 13913420000 | Thurston |
| 692 | | 13913410000 | Thurston |
| 697 | | 13812240400 | Thurston |
| 698 | | 93037600000 | Thurston |
| 699 | | 93039900000 | Thurston |
| 700 | | 93038000000 | Thurston |
| 701 | | 93037900000 | Thurston |
| 702 | | 93040000000 | Thurston |
| 703 | | 93040100000 | Thurston |
| 704 | | 93040200000 | Thurston |
| 705 | | 93040300000 | Thurston |
| 706 | | 93040400000 | Thurston |
| 707 | | 93040500000 | Thurston |
| 708 | | 93040600000 | Thurston |
| 709 | | 93040700000 | Thurston |
| 710 | | 93040800000 | Thurston |
| 711 | | 93040900000 | Thurston |
| 712 | | 93041000000 | Thurston |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 713 | | 93041100000 | Thurston |
| 714 | | 93041300000 | Thurston |
| 715 | | 93041400000 | Thurston |
| 716 | | 93041600000 | Thurston |
| 717 | | 93041700000 | Thurston |
| 718 | | 93041800000 | Thurston |
| 719 | | 93041900000 | Thurston |
| 721 | | 602352019 | Jefferson |
| 722 | | 602353038 | Jefferson |
| 723 | | 502021002 | Jefferson |
| 724 | | 32227-32-80790 | Mason |
| 725 | | 93039600000 | Thurston |
| 726 | | 93039700000 | Thurston |
| 727 | | 93045300000 | Thurston |
| 728 | | 93043700000 | Thurston |
| 729 | | 93043600000 | Thurston |
| 730 | | 93043800000 | Thurston |
| 731 | | 93043400000 | Thurston |
| 736 | | 32016-12-70000 | Mason |
| 737 | | 32009-43-80000 | Mason |
| 747 | | 22029-50-00024 | Mason |
| 749 | | 31901-13-80722 | Mason |
| 753 | | 31901-50-00007 | Mason |
| 787 | | 93021100000 | Thurston |
| 801 | | 61639 | Skagit |
| 802 | | 61572 | Skagit |
| 803 | | 61571 | Skagit |
| 804 | | 61598 | Skagit |
| 824 | Duplicate of 119 | 22032-50-00025 | Mason |
| 853 | Thorndyke Bay Clam & Oyster Dkt. 14555 | 701244001 | Jefferson |
| 854 | | 701251006 | Jefferson |
| 856 | Topeeksin Shellfish Dkt. 14559 | 31912-22-80001 | Mason |
| 859 | | 31912-22-00010 | Mason |
| 860 | | 31901-51-00039 | Mason |
| 861 | Totkum Shellfish Co. Dkt. 14490 | 31911-11-80720 | Mason |
| 862 | Totten Rock Shellfish LLC Dkt. 14512 | 31901-34-00000 | Mason |
| 863 | | 31901-31-00200 | Mason |
| 864 | | 31912-22-80010 | Mason |
| 865 | | 31901-34-70942 | Mason |
| 869 | | 31912-22-80000 | Mason |
| 870 | Wallin's Oysters & Clams LLC Dkt. 14512 | 31902-43-80282 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 871 | | 31901-13-00060 | Mason |
| 872 | | 31911-21-70000 | Mason |
| 873 | | 31911-20-70050 | Mason |
| 874 | | 31911-12-00040 | Mason |
| 875 | Walter E. Allen Estate Dkt. 14523 | 31910-11-90100 | Mason |
| 876 | Western Oyster Dkt. 14508 | 0122132009 | Pierce |
| 877 | | 0122141027 | Pierce |
| 878 | | 0122141028 | Pierce |
| 879 | | 0122133029 | Pierce |
| 880 | | 0122231065 | Pierce |
| 881 | | 0122231071 | Pierce |
| 882 | | 0122231041 | Pierce |
| 883 | | 0122242054 | Pierce |
| 884 | | 0122141005 | Pierce |
| 885 | | 0122133031 | Pierce |
| 886 | | 0122133078 | Pierce |
| 887 | | 0122231067 | Pierce |
| 888 | | 93007900000 | Thurston |
| 889 | | 93009800000 | Thurston |
| 890 | | 93009700000 | Thurston |
| 891 | | 601211004 | Jefferson |
| 892 | | 601282002 | Jefferson |
| 893 | | 601284019 | Jefferson |
| 904 | | 601213009 | Jefferson |
| 906 | | 7860000170 | Pierce |
| 907 | | 0122231020 | Pierce |
| 908 | | 0122242009 | Pierce |
| 909 | Willa Smith Dkt. 14560 | 22003-42-50020 | Mason |
| 910 | | 22003-42-00020 | Mason |

# State of Washington Tidelands

| | | | |
|---|---|---|---|
| 160 | J&G Gunstone Clam Inc. Dkt. 14562 | 20-A12047 | Clallam |
| 161 | | 20-009868 | Clallam |
| 162 | | 20-012800 | Clallam |
| 220 | JJ Brenner Oyster Company Dkt. 14524 | 20-A10050 | Mason |
| 229 | Joe Leonard Oyster Co. Dkt. 14509, 14510 | 20-009956 | Mason |
| 242 | Little Skookum Shellfish Dkt. 14514-14516 | 20-B09733 | Mason |
| 254 | | 20-009703 | Mason |
| 347 | Minterbrook Oyster Co. Dkt. 14513 | 20-013012 | Clallam |

## Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 629 | **Taylor United Dkt. 14498** | 701201001 | Jefferson |
| 630 | | 701201002 | Jefferson |
| 894 | **Western Oyster Dkt. 14508** | 20-011121 | Jefferson |
| 895 | | 20-011283 | Jefferson |
| 896 | | 20-A09307 | Jefferson |

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| **Non-Covered Tidelands** | | | |
| 2 | ACME Seafood, Inc. Dkt. 14487 | 36022500480001 | Skagit |
| 10 | Arcadia Shellfish LLC Dkt. 14521 | 32022-36-00010 | Mason |
| 11 | | 32022-36-00020 | Mason |
| 12 | | 32022-46-00331 | Mason |
| 15 | | 32023-47-00050 | Mason |
| 16 | | 32023-47-00051 | Mason |
| 21 | Babare Brothers Inc. Dkt. 14506 | 502154006 | Jefferson |
| 26 | | 92000805000 | Thurston |
| 27 | | 92000806000 | Thurston |
| 52 | Calm Cove Shellfish Co. Dkt. 14543 | 32434-33-00000 | Mason |
| 55 | Carl's Oysters Dkt. 14533 | 22032-50-00917 | Mason |
| 58 | Chelsea Farms LLC Dkt. 14504, 14505 | 42300000201 | Thurston |
| 59 | | 92031200000 | Thurston |
| 60 | | 42300000202 | Thurston |
| 61 | | 12903241300 | Thurston |
| 62 | | 12903241400 | Thurston |
| 63 | | 22012-14-00010 | Mason |
| 64 | | 22012-14-00060 | Mason |
| 65 | | 22029-50-00020 | Mason |
| 66 | | 22029-50-00021 | Mason |
| 67 | | 12917130302 | Thurston |
| 69 | | 12920220102 | Thurston |
| 70 | | 12920220101 | Thurston |
| 71 | | 93027903000 | Thurston |
| 72 | | 12917130101 | Thurston |
| 73 | | 12929440301 | Thurston |
| 74 | | 12903240600 | Thurston |
| 75 | | 92031100000 | Thurston |
| 76 | | 12903240700 | Thurston |
| 77 | | 12929440500 | Thurston |
| 78 | | 92031400000 | Thurston |
| 79 | | 32022-46-90184 | Mason |
| 80 | | 32022-46-00190 | Mason |
| 81 | | 12917130301 | Thurston |
| 82 | | 92051601000 | Thurston |
| 83 | | 11908230101 | Thurston |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 84 | | 11908230102 | Thurston |
| 85 | | 12920220302 | Thurston |
| 86 | | 12917130101 | Thurston |
| 87 | | 12917130100 | Thurston |
| 88 | | 12917130100 | Thurston |
| 90 | | 93019401002 | Thurston |
| 93 | | 12917340102 | Thurston |
| 94 | | 12917340101 | Thurston |
| 106 | Eagle Rock Shellfish Dkt. 14556 | 32423-50-02006 | Mason |
| 108 | | 32423-50-02004 | Mason |
| 110 | G&R Quality Seafood Dkt. 14533 | 701194008 | Jefferson |
| 111 | | 701301019 | Jefferson |
| 112 | | 701194007 | Jefferson |
| 113 | Girl Scouts of Western Washington Dkt. 14525 | 32412-00-63000 | Mason |
| 114 | | 32413-20-60000 | Mason |
| 121 | GR Clam & Oyster Dkt. 14501 | 31902-33-70141 | Mason |
| 122 | | 31911-22-80021 | Mason |
| 123 | | 31911-12-00070 | Mason |
| 137 | J&G Gunstrone Clam Inc. Dkt. 14562 | 901171002 | Jefferson |
| 138 | | 901171001 | Jefferson |
| 221 | JJ Brenner Oyster Company Dkt. 14524 | 31901-34-80720 | Mason |
| 226 | Joe Leonard Oyster Co. Dkt. 14509, 14510 | 32423-50-02009 | Mason |
| 228 | | 32413-31-70080 | Mason |
| 230 | | 32426-22-80390 | Mason |
| 231 | | 32423-50-02011 | Mason |
| 232 | | 32423-50-02002 | Mason |
| 233 | | 32317-43-00100 | Mason |
| 234 | | 32423-50-02014 | Mason |
| 235 | | 32423-50-02015 | Mason |
| 264 | Little Skookum Shellfish Dkt. 14514- 14516 | 31901-31-00210 | Mason |
| 274 | Manke Lumber Company Dkt. 14518 | 32025-50-00001 | Mason |
| 275 | | 182402-4-001-1009 | Kitsap |
| 276 | | 182402-4-002-1008 | Kitsap |
| 277 | | 182402-4-004-1006 | Kitsap |
| 277.1 | | 172402-3-032-1005 | Kitsap |
| 277.2 | | 182402-4-005-1005 | Kitsap |
| 277.3 | | 182402-4-010-1008 | Kitsap |

| | | | |
|---|---|---|---|
| 278 | | 172402-3-009-1004 | Kitsap |
| 279 | | 252403-4-009-1001 | Kitsap |
| 280 | | 252403-4-008-1002 | Kitsap |
| 281 | | 252403-4-010-1008 | Kitsap |
| 282 | | 252403-4-011-1007 | Kitsap |
| 283 | | 252403-4-012-1006 | Kitsap |
| 283.1 | | 262403-2-001-1109 | Kitsap |
| 283.2 | | 192402-3-014-1005 | Kitsap |
| 283.3 | | 192402-3-013-1006 | Kitsap |
| 283.4 | | 302402-2-002-1006 | Kitsap |
| 283.5 | | 252403-1-004-1002 | Kitsap |
| 284 | | 362403-2-001-1000 | Kitsap |
| 285 | | 032402-3-009-1000 | Kitsap |
| 286 | | 032402-3-011-1006 | Kitsap |
| 287 | | 032402-3-010-1007 | Kitsap |
| 287.1 | | 032402-3-012-1005 | Kitsap |
| 288 | | 32327-32-00000 | Mason |
| 289 | | 32327-30-70020 | Mason |
| 290 | | 32327-33-00000 | Mason |
| 291 | | 32328-44-00000 | Mason |
| 292 | | 32228-12-00000 | Mason |
| 293 | | 32228-12-00040 | Mason |
| 294 | | 32228-12-00050 | Mason |
| 295 | | 32302-24-00000 | Mason |
| 296 | | 32302-13-00000 | Mason |
| 297 | | 32230-11-70370 | Mason |
| 298 | | 32226-42-00110 | Mason |
| 299 | | 32226-43-00000 | Mason |
| 300 | | 32226-42-70870 | Mason |
| 300.1 | | 32230-11-00011 | Mason |
| 301 | | 092402-2-007-1008 | Kitsap |
| 301.1 | | 092402-1-027-1006 | Kitsap |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 304 | Marrowstone Island Shellfish Dkt. 14511 | 021291025 | Jefferson |
| 305 | | 021291029 | Jefferson |
| 306 | | 021291030 | Jefferson |
| 307 | | 021203007 | Jefferson |
| 309 | | 901173008 | Jefferson |
| 310 | | 976200402 | Jefferson |
| 311 | | 921051004 | Jefferson |
| 312 | | 953700433 | Jefferson |
| 313 | | 021294001 | Jefferson |
| 314 | | 953700437 | Jefferson |
| 315 | | 021294038 | Jefferson |
| 316 | | 021294036 | Jefferson |
| 317 | | 953700436 | Jefferson |
| 318 | | 021294040 | Jefferson |
| 319 | | 921043026 | Jefferson |
| 320 | | 921043020 | Jefferson |
| 321 | | 021332026 | Jefferson |
| 322 | | 021321030 | Jefferson |
| 323 | | 921043041 | Jefferson |
| 324 | | 021294032 | Jefferson |
| 325 | | 021203009 | Jefferson |
| 326 | | 021321048 | Jefferson |
| 327 | | 976200406 | Jefferson |
| 328 | | 021332029 | Jefferson |
| 329 | | 021294029 | Jefferson |
| 330 | | 921081020 | Jefferson |
| 331 | | 921081018 | Jefferson |
| 332 | | 021332014 | Jefferson |
| 338 | McDonald Molusca Dkt. 14531 | 31911-23-90000 | Mason |
| 339 | | 31911-32-00000 | Mason |
| 340 | | 31911-32-00010 | Mason |
| 341 | | 31911-23-90030 | Mason |
| 343 | Minterbrook Oyster Co. Dkt. 14513 | 22012-11-00060 | Mason |
| 344 | | 22012-11-90571 | Mason |
| 348 | | 22217-23-00030 | Mason |
| 349 | | 22217-23-00020 | Mason |
| 352 | | 0122323028 | Pierce |
| 353 | | 0122327001 | Pierce |
| 354 | | 22125-00-83083 | Mason |
| 355 | | 22125-00-83082 | Mason |
| 356 | | 22222-11-80710 | Mason |
| 357 | | 22215-44-70590 | Mason |
| 358 | | 22015-75-00040 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 359 | | 22004-41-00030 | Mason |
| 365 | | 0121035020 | Pierce |
| 366 | | 0121032011 | Pierce |
| 367 | | 0121032014 | Pierce |
| 368 | | 22201-44-70850 | Mason |
| 369 | | 22201-44-70853 | Mason |
| 370 | | 22201-44-70851 | Mason |
| 371 | | 22201-44-70852 | Mason |
| 372 | | 22025-23-00000 | Mason |
| 373 | | 22026-10-60610 | Mason |
| 376 | | 7239900011 | Pierce |
| 384 | | 0022273010 | Pierce |
| 385 | | 0022273031 | Pierce |
| 386 | | 0001629413 | Pierce |
| 388 | National Fish and Oyster Co. Dkt. 14536 | 21930321600 | Thurston |
| 389 | | 92021300000 | Thurston |
| 390 | Navy Yard Oyster Co. Dkt. 14551 | 22222-22-90180 | Mason |
| 390.1 | | 22219-50-00016 | Mason |
| 391 | Oakland Seafoods Dkt. 14563 | 60303400300 | Thurston |
| 392 | | 32015-50-00022 | Mason |
| 393 | | 60303400200 | Thurston |
| 394 | | 92074300000 | Thurston |
| 395 | | 60303400400 | Thurston |
| 396 | | 32015-50-00018 | Mason |
| 399 | Oliver Gray & Sons Dkt. 14528 | 32332-11-00000 | Mason |
| 400 | | 42201-51-00001 | Mason |
| 401 | | 32434-34-00140 | Mason |
| 402 | | 32434-34-70470 | Mason |
| 443 | Olympic Shellfish Dkt. 14557 | 12931321202 | Thurston |
| 460 | R-Bay Seafood Dkt. 14532 | 22202-52-00008 | Mason |
| 461 | | 22202-52-00009 | Mason |
| 462 | | 22211-51-01027 | Mason |
| 463 | | 22211-51-01029 | Mason |
| 464 | | 22211-51-01026 | Mason |
| 465 | | 22202-52-00022 | Mason |
| 466 | | 12206-24-00010 | Mason |
| 467 | | 12206-24-00020 | Mason |
| 468 | | 22211-51-01022 | Mason |
| 469 | | 22211-51-01023 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 470 | | 22211-51-01025 | Mason |
| 472 | | 32002-13-80195 | Mason |
| 473 | | 32002-13-80193 | Mason |
| 475 | | 22016-50-05001 | Mason |
| 477 | | 12105-10-80620 | Mason |
| 495 | Roy M. Taylor Dkt. 14496 | 31911-40-80511 | Mason |
| 498 | Russ' Shellfish Company Dkt. 14549 | 22222-12-90072 | Mason |
| 514 | Schreiber Shellfish Dkt. 14538 | 32023-24-90190 | Mason |
| 515 | | 32023-21-00010 | Mason |
| 516 | | 32023-47-00080 | Mason |
| 517 | | 32024-50-00020 | Mason |
| 518 | | 32023-21-00020 | Mason |
| 519 | | 32023-24-00220 | Mason |
| 526 | Seattle Shellfish Dkt. 14537 | 92080000000 | Thurston |
| 528 | | 92079800000 | Thurston |
| 539 | Skookum Clam & Oyster Farm Dkt. 14520 | 92080100002 | Thurston |
| 540 | | 92080100000 | Thurston |
| 542 | Stevens & Son Dkt. 14517 | 32016-12-70010 | Mason |
| 543 | | 32015-50-00023 | Mason |
| 544 | | 32015-50-00025 | Mason |
| 558 | | 32015-50-00002 | Mason |
| 559 | | 32015-50-00024 | Mason |
| 560 | | 32015-50-00026 | Mason |
| 561 | | 32016-51-00041 | Mason |
| 562 | | 32016-51-00051 | Mason |
| 563 | Sunrise Marine, Inc. Dkt. 14552 | 12917130600 | Thurston |
| 564 | | 12917240200 | Thurston |
| 565 | | 12917310500 | Thurston |
| 571 | Taylor Homestead Clams Dkt. 14530 | 31911-50-08902 | Mason |
| 572 | | 31911-44-80512 | Mason |
| 574 | | 31911-40-80517 | Mason |
| 642 | Taylor United Dkt. 14498 | 360329-0-002-0000 | Skagit |
| 654 | | 3851-300-001-1906 | Skagit |
| 672 | | 93038500000 | Thurston |
| 678 | | 93024900000 | Thurston |
| 689 | | 48600001300 | Thurston |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 693 | | 13913130100 | Thurston |
| 694 | | 13913130000 | Thurston |
| 695 | | 13913120100 | Thurston |
| 696 | | 13913120000 | Thurston |
| 720 | | 31911-50-12011 | Mason |
| 732 | | 31901-13-00030 | Mason |
| 733 | | 31901-13-90031 | Mason |
| 734 | | 31901-13-90032 | Mason |
| 735 | | 12228-24-00080 | Mason |
| 738 | | 32009-43-00041 | Mason |
| 739 | | 32022-46-00090 | Mason |
| 740 | | 22031-50-00001 | Mason |
| 741 | | 31901-42-00090 | Mason |
| 742 | | 22031-50-00003 | Mason |
| 743 | | 12228-24-00040 | Mason |
| 744 | | 12118-13-00011 | Mason |
| 745 | | 12108-13-00030 | Mason |
| 746 | | 12108-14-00030 | Mason |
| 748 | | 12118-13-00012 | Mason |
| 750 | | 31901-42-00110 | Mason |
| 751 | | 22031-50-00017 | Mason |
| 752 | | 22031-50-00018 | Mason |
| 754 | | 12020-50-00901 | Mason |
| 755 | | 22222-12-00010 | Mason |
| 756 | | 22222-12-00011 | Mason |
| 757 | | Unknown | Mason |
| 758 | | 12108-24-00060 | Mason |
| 759 | | 12108-42-00031 | Mason |
| 760 | | 22031-50-00004 | Mason |
| 761 | | 22125-75-90101 | Mason |
| 762 | | 12108-24-00000 | Mason |
| 763 | | 22031-50-00002 | Mason |
| 764 | | 12228-42-80301 | Mason |
| 765 | | 12118-11-30010 | Mason |
| 766 | | 12118-11-30011 | Mason |
| 767 | | 12228-24-00000 | Mason |
| 768 | | 12108-42-90010 | Mason |
| 769 | | 12228-13-00000 | Mason |
| 770 | | 32022-46-90144 | Mason |
| 771 | | 31901-11-70320 | Mason |
| 772 | | 22031-50-00039 | Mason |
| 773 | | 32022-46-00110 | Mason |
| 774 | | 12228-24-00060 | Mason |
| 775 | | 22015-21-00020 | Mason |
| 776 | | 12228-24-80298 | Mason |
| 777 | | 22032-50-00018 | Mason |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 778 | | 42900001300 | Thurston |
| 779 | | 11910430100 | Thurston |
| 780 | | 12931231300 | Thurston |
| 781 | | 93039000000 | Thurston |
| 782 | | 60305500200 | Thurston |
| 783 | | 12920320000 | Thurston |
| 784 | | 60880000100 | Thurston |
| 785 | | 60880000700 | Thurston |
| 786 | | 93020800000 | Thurston |
| 788 | | 93020800000 | Thurston |
| 789 | | 42900000100 | Thurston |
| 790 | | 12920220100 | Thurston |
| 791 | | 11905330100 | Thurston |
| 792 | | 12920220100 | Thurston |
| 793 | | 11905230500 | Thurston |
| 794 | | 93025401000 | Thurston |
| 795 | | 93010500000 | Thurston |
| 796 | | 39000000200 | Thurston |
| 797 | | 39000000300 | Thurston |
| 798 | | 39000000100 | Thurston |
| 799 | | 12903240500 | Thurston |
| 800 | | 42900001200 | Thurston |
| 805 | | 0020084002 | Pierce |
| 806 | | 0020162000 | Pierce |
| 807 | | 0020093002 | Pierce |
| 808 | | 0021103036 | Pierce |
| 809 | | 0021103037 | Pierce |
| 810 | | 0021103025 | Pierce |
| 811 | | 0021103034 | Pierce |
| 812 | Duplicate of 810 | 0021103025 | Pierce |
| 813 | | 0020054025 | Pierce |
| 814 | | 0020054026 | Pierce |
| 815 | | 0021367010 | Pierce |
| 816 | | 0021367009 | Pierce |
| 817 | | 0021363048 | Pierce |
| 818 | | 0021366015 | Pierce |
| 819 | | 0021366014 | Pierce |

# Exhibit A

| Parcel | Applicant for Intervention/ Party Grower | Tax Parcel # | County |
|---|---|---|---|
| 820 | | 0021366013 | Pierce |
| 821 | | 0021103032 | Pierce |
| 822 | | 0021103039 | Pierce |
| 823 | | 0021102020 | Pierce |
| 825 | | 93044200000 | Thurston |
| 826 | | 93044000000 | Thurston |
| 827 | | 13913430102 | Thurston |
| 828 | | 32016-51-00036 | Mason |
| 829 | | 32016-51-00057 | Mason |
| 830 | | 32016-51-00059 | Mason |
| 831 | | 32016-51-00061 | Mason |
| 832 | | 32015-50-00009 | Mason |
| 833 | | 32009-50-00005 | Mason |
| 834 | | 32009-50-00007 | Mason |
| 835 | | 32016-51-00055 | Mason |
| 836 | | 32016-51-00056 | Mason |
| 837 | | 32016-51-00052 | Mason |
| 838 | | 32009-50-00006 | Mason |
| 839 | | 32016-51-00058 | Mason |
| 840 | | 32016-51-00037 | Mason |
| 841 | | 32009-50-90082 | Mason |
| 842 | | 32016-51-00045 | Mason |
| 843 | | 32016-51-00043 | Mason |
| 844 | | 32016-51-00047 | Mason |
| 845 | | 32016-51-00053 | Mason |
| 846 | | 32016-50-00002 | Mason |
| 847 | | 32016-50-00003 | Mason |
| 848 | | 32016-50-00005 | Mason |
| 849 | | 32016-50-00007 | Mason |
| 850 | | 32016-50-00006 | Mason |
| 851 | | 32016-51-00049 | Mason |
| 852 | | 12229-14-00000 | Mason |
| 855 | Topeeksin Shellfish Dkt. 14559 | 31912-22-90052 | Mason |
| 857 | | 31912-22-00030 | Mason |
| 858 | | 31901-34-60720 | Mason |
| 897 | Western Oyster Dkt. 14508 | 601213001 | Jefferson |
| 898 | | 601213002 | Jefferson |
| 899 | | 601213003 | Jefferson |
| 900 | | 601213004 | Jefferson |
| 901 | | 601213005 | Jefferson |
| 902 | | 601213006 | Jefferson |
| 903 | | 601213007 | Jefferson |
| 905 | | 601213010 | Jefferson |