# EXHIBIT B
# South Puget Sound Survey Schedule

**EXHIBIT B**

For Tidelands in Southwest Puget Sound Waters as described in Section 3.2.1, the Squaxin Island Tribe shall conduct site visits, surveys and/or population assessments by the following dates as follows:

Hammersley Inlet / Oakland Bay: _____

Totten Inlet / Skookum Inlet / Case Inlet / North Bay: _____

Henderson Inlet / Eld Inlet: _____

Once the Tideland Party provides a complete response to List A to the Squaxin Island Tribe, the Tribe will develop, with the Tideland Parties, a mutually agreed schedule. The Parties will jointly file that substitute schedule no later than 90 days after the Effective Date.