# EXHIBIT F
# Tribal Contacts

## EXHIBIT F

## JAMESTOWN S'KLALLAM TRIBE

**Policy Representatives:**

Hansi Hals, Natural Resource Director
360-681-4601
hhals@jamestowntribe.org
Jamestown S'Klallam Tribe
Natural Resources Department
1033 Old Blyn Hwy | Sequim, WA 98382

Randy Harder, Executive Director
rharder@pnptc.org
360-297-6500
Point No Point Treaty Council  19472 Powder Hill Place NE, Suite 210
Poulsbo, Washington 98370

**Tribal Attorney:**

Lauren P. Rasmussen
Attorney at Law
Law Offices of Lauren P. Rasmussen, PLLC
lauren@rasmussen-law.com
Mob: (206) 407-4138
Tel: (206) 623-0900

**Shellfish Manager:**

Kelly Toy, Shellfish Manager
Jamestown S'Klallam Tribe
1003 Old Blyn Highway
Sequim, WA 98382

360-681-4641
ktoy@jamestowntribe.org

Shannon Miller, Inter-tidal Shellfish Program Manager
Point No Point Treaty Council
19472 Powder Hill Place NE Suite 210
Poulsbo, WA 98370

360-297-6526
smiller@pnptc.org


Shellfish Grower Settlement Agreement Exhibit F
Page 1 of 17
Last revised February 13, 2020

## LOWER ELWHA TRIBE

**Policy Representative:**

Matt Beirne, Natural Resources Director (or successor)
760 Stratton Road
Port Angeles, WA 98363
Phone: 360-457-4012, x 7480
Email: matt.beirne@elwha.org

**Tribal Attorney:**

Stephen H. Suagee
Office of Tribal Attorney
2851 Lower Elwha Road
Port Angeles, WA 98363
Phone: 360-504-3001
Email: steve.suagee@elwha.org

**Shellfish Manager:**

Robert Elofson, Shellfish Harvest Manager
760 Stratton Road
Port Angeles, WA 98363
Phone: 360-457-4012, ext 7485
Email: Robert.elofson@elwha.org

## LUMMI INDIAN NATION

**Policy Representative:**

Jeremiah Julius
Chairman
Lummi Nation
2665 Kwina Road
Bellingham, Wa 98226
Tel. (360) 312-2000
jeremiahj@lummi-nsn.gov

Steve Solomon
Chairman
Lummi Fisheries and Natural Resources Commission
Lummi Nation
2665 Kwina Road
Bellingham, Wa 98226
Tel. (360) 312-2000

**Tribal Attorney:**

Cynthia Cartwright
Office of the Reservation Attorney
Lummi Nation
2665 Kwina Road
Bellingham, Wa 98226
Tel. (360) 312-2160
Fax (360) 380-6982
cynthiac@lummi-nsn.gov

**Shellfish Biologist or Manager:**

Ben Starkhouse
360-312-2300
bens@lummi-nsn.gov
2665 Kwina Road
Bellingham, WA 98226

Karl Mueller
360-312-2316
karlm@lummi-nsn.gov
2665 Kwina Road
Bellingham, WA 98226

Shellfish Grower Settlement Agreement Exhibit F
Page 3 of 17
Last revised February 13, 2020

## MAKAH TRIBE

**Policy Representative:**

    To be provided.

**Tribal Attorney:**

Brian C. Gruber
ZIOINZ CHESTNUT
2101 4th Avenue
Suite 1230
Seattle, WA 98121

206.448.1230
bggruber@ziontzchestnut.com

**Shellfish Biologist:**

    To be provided.

## MUCKLESHOOT TRIBE

**Policy Representative:**

Jeremy James, Chair
Muckleshoot Fish Commission
39015 172nd Avenue SE
Auburn, WA 98092
(253) 939-3311
Jeremy.James@muckleshoot.nsn.us

**Tribal Attorney:**

Robert L. Otsea, Jr.
Richard Reich
Office of the Tribal Attorney
Muckleshoot Indian Tribe
39015 172nd Avenue SE
Auburn, WA 98092
(253) 939-3311
Rob.Otsea@muckleshoot.nsn.us
rreich@muckleshoot.nsn.us

**Shellfish Biologist:**

Andy Dalton
Shellfish Biologist
Muckleshoot Indian Tribe
39015 172nd Avenue SE
Auburn, WA 98092
(253) 939-3311
Andy.Dalton@muckleshoot.nsn.us

## NISQUALLY INDIAN TRIBE

**Policy Representative:**

James Slape, Jr.
4820 She Nah Num Dr.
Olympia, WA  98513
360.456.5221
slape.jamesjr@nisqually-nsn.gov

**Tribal Attorney:**

Nate Cushman
4820 She Nah Num Dr.
Olympia, WA  98513
360.456.5221
cushman.nate@nisqually-nsn.gov

**Shellfish Biologist:**

Margaret Homerding
4820 She Nah Num Dr.
Olympia, WA  98513
360.456.5221
homerding.margaret@nisqually-nsn.gov

## NOOKSACK TRIBE

**Policy Representative:**

Ross Cline, Sr., Chair
Nooksack Tribal Council
4979 Mt. Baker Hwy., Suite G
PO Box 63
Deming, WA 98244
(360) 592-5164

**Tribal Attorney**

Charles N. Hurt, Jr.
Senior Tribal Attorney
Office of Tribal Attorney
Nooksack Indian Tribe
5047 Mt. Baker Hwy.,
P.O. Box 63
Deming, WA 98244
WSBA #46217
Tel: (360)592-4158
Fax: (360)592-2227
churt@nooksack-nsn.gov

**Technical:**

George Swanaset, Jr., Director
Nooksack Indian Tribe
Cultural and Natural Resources Department
5016 Deming Road
Deming, WA 98244
(360) 592-5140

**PORT GAMBLE S'KLALLAM TRIBE**

**Policy Representatives:**

Paul McCollum, Natural Resource Director
paulm@pgst.nsn.us
360-297-6288
Port Gamble S'Klallam Tribe
31912 Little Boston Road NE
Kingston, Washington 98346

Randy Harder, Executive Director
rharder@pnptc.org
360-297-6500
Point No Point Treaty Council
19472 Powder Hill Place NE, Suite 210
Poulsbo, Washington 98370

**Tribal Attorney:**

Lauren P. Rasmussen
Attorney at Law
Law Offices of Lauren P. Rasmussen, PLLC

lauren@rasmussen-law.com
Mob: (206) 407-4138
Tel: (206) 623-0900

**Shellfish Manager:**

Tamara Gage, Shellfish Manager
Port Gamble S'Klallam Tribe
31912 NE Little Boston RD
Kingston, WA 98346

360-297-6290
tgage@pgst.nsn.us

Shannon Miller, Inter-tidal Shellfish Program Manager
Point No Point Treaty Council
19472 Powder Hill Place NE Suite 210
Poulsbo, WA 98370

360-297-6526
smiller@pnptc.org

Shellfish Grower Settlement Agreement Exhibit F
Page 8 of 17
Last revised February 13, 2020

## PUYALLUP TRIBE

**Policy Representative:**

Fred Dillon
3009 E. Portland Ave. Tacoma, WA 98404
253-405-5154
fred.dillon@puyalluptribe-nsn.gov

**Tribal Attorneys:**
Sam Stiltner
3009 E. Portland Ave. Tacoma, WA 98404
253-573-7875
sam.stiltner@puyalluptribe-nsn.gov

Alec Wrolson
3009 E. Portland Ave. Tacoma, WA 98404
253-382-6122
alec.wrolson@puyalluptribe-nsn.gov

**Shellfish Biologist:**
Name: David Winfrey
Mail Address: 3009 E. Portland Ave. Tacoma, WA 98404
Phone: 253-573-7933
Email: david.winfrey@puyalluptribe-nsn.gov

## SAUK-SUIATTLE TRIBE

**Policy Representative:**

>   To be provided.

**Tribal Attorney:**

Jack Fiander, Attorney
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, Ste. 97
Yakima, WA 98908

(509) 961-0096
towtnuklaw@msn.com

**Shellfish Biologist:**

>   To be provided.

## SKOKOMISH INDIAN TRIBE

**Policy Representative:**

David Herrera
Skokomish Indian Tribe
N. 80 Tribal Center Road
Skokomish Nation, WA 98584

**Tribal Attorney:**

Earle D. Lees, Tribal Attorney
Skokomish Indian Tribe
N. 80 Tribal Center Road
Skokomish Nation, WA 98584

elees@skokomish.org
360.877.2100 (tel)
360.490.8959 (cell)
360.877.2104 (fax)

**Shellfish Biologist or Manager:**

Jonathon Wolf
Deputy Director/Shellfish Manager
Skokomish Indian Tribe
N. 80 Tribal Center Road
Skokomish Nation, WA 98584

## SQUAXIN ISLAND TRIBE

**Policy Representative:**

Andy Whitener
200 SE Billy Frank Jr. Way
Kamilche, WA 98584
360.432. 3809
awhitener@squaxin.us

**Tribal Attorney:**

Kevin R. Lyon
3711 SE Old Olympic Hwy
Kamilche, WA 98584
360.432.1771 x 1
klyon@squaxin.us

Sharon Haensly
3711 SE Old Olympic Hwy
Kamilche, WA 98584
360.432.1771 x 4
360.490.4830 (cell)
shaensly@squaxin.us

**Shellfish Biologist:**

Eric Sparkman
200 SE Billy Frank Jr. Way
Shelton, WA 98584
360.432.3811
esparkman@squaxin.us

## STILLAGUAMISH TRIBE

**Policy Representative:**

Shawn Yanity
Chairman
Stillaguamish Tribe of Indians
3322 236th Street NE
Arlington, WA 98223
Tel: 360.631.5987
syanity@stillaguamish.com

**Tribal Attorney:**

Scott Mannakee
Tribal Attorney
Stillaguamish Tribe of Indians
3322 236th Street NE
Arlington, WA 98223
Tel: 360.572.3028
smannakee@stillaguamish.com

**Shellfish Biologist:**

Franchesca Perez
Marine Stewardship and Shellfish Program Biologist
Stillaguamish Tribe Natural Resources Department
PO Box 277, Arlington WA 98223
fperez@stillaguamish.com, 360-631-2620

## SUQUAMISH TRIBE

**Policy Representative:**
Rob Purser
Fisheries Department Director
The Suquamish Tribe
P.O. Box 498
Suquamish, WA 98392
Office: 360.394.8436
Cell: 360.908.1712
Fax: 360.598.4666

**Tribal Attorney:**

Rit Bellis, Director
Office of the Tribal Attorney
The Suquamish Tribe
P.O. Box 498
Suquamish, WA 98392
Office: 360.394.8501
Cell:  360.340.0013
Fax: 360.5984293

**Shellfish Biologist:**

Viviane Barry
Shellfish Program Manager
The Suquamish Tribe
P.O. Box 498
Suquamish, WA 98392
Office: 360.394.8448
Cell: 360.434.8788
Fax: 360.598.4666

## SWINOMISH TRIBE

**Policy Representative:**

Lorraine Loomis
11426 Moorage Way
La Conner, WA 98257
(360) 466-7240
lloomis@swinomish.nsn.us

**Tribal Attorney:**

Emily Haley
11404 Moorage Way
La Conner, WA 98257
(360) 466-7248
ehaley@swinomish.nsn.us

**Shellfish Biologist:**

Julie Barber
11426 Moorage Way
La Conner, WA 98257
(360) 466-7240
jbarber@swinomish.nsn.us

## TULALIP TRIBES

**Policy Representative:**

Jason Gobin
Fish & Wildlife Director
Division Head
6406 Marine Drive
Tulalip, WA 98271

360-716-4595
jasongobin@tulaliptribes-nsn.gov
jgobin@tulaliptribes-nsn.gov

**Tribal Attorney:**

Mason D. Morisset
Morisset, Schlosser, Jozwiak & Somerville
218 Colman Building
811 First Avenue
Seattle, Washington 98104

Phone: 206-386-5200
Fax: 206-386-7322
Cell: 206-795-4090
Home Office: 206-780-1508
E-mail: m.morisset@msaj.com

Saza Osawa
Tribal Attorney
Office of the Reservation Attorney
6406 Marine Drive
Tulalip, WA 98271
360-716-4548
sosawa@tulaliptribes-nsn.gov

**Shellfish Biologist or Manager:**

Mike McHugh
Shellfish Program Manager
6406 Marine Drive
Tulalip, WA 98271
360-716-4615
mmchugh@tulaliptribes-nsn.gov

Shellfish Grower Settlement Agreement Exhibit F
Page 16 of 17
Last revised February 13, 2020

## UPPER SKAGIT TRIBE

**Policy Representative:**

Doreen Maloney/Scott Schuyler
25944 Community Plaza Way
Sedro-Woolley, WA 98284
(360) 854-7090

**Tribal Attorney:**

David S. Hawkins
General Counsel
Upper Skagit Indian Tribe
25944 Community Plaza Way
Sedro-Woolley, WA 98284
360-854-7016
dhawkings@UPPERSKAGIT.com

**Shellfish Biologist:**

Currently vacant.