HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA, et al.,

          Plaintiffs,

   v.

STATE OF WASHINGTON, et al.,

          Defendants.

Case No. C70-9213-RSM-DWC

Subproceeding No. 89-3-06 (Shellfish)

ORDER APPROVING SETTLEMENT AGREEMENT

IT IS HEREBY ORDERED:

The Court, having considered the Joint Motion for Order Approving Settlement Agreement, which addresses disputes between the Puget Sound Shellfish Growers Legal Defense Fund; Russ' Shellfish Company; Plaintiff Treaty Tribes: Tulalip, Stillaguamish, Sauk Suiattle, Puyallup, Squaxin Island, Upper Skagit, Nooksack, Nisqually, Lummi, Skokomish, Port Gamble S'Klallam, Lower Elwha S'Klallam, Jamestown S'Klallam, Suquamish, and Swinomish Tribes; and the State of Washington, finds that the proposed settlement is fair and reasonable, both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest. The Settlement Agreement is hereby approved. Pursuant to the terms of the Settlement Agreement, the motions for intervention for coverage under that certain

ORDER APPROVING SETTLEMENT AGREEMENT - 1
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771

settlement agreement, Subproceeding 89-3, Dkt. 14476 (the "2007 Settlement Agreement") associated with tideland parcels listed on Exhibit A as "covered tidelands" are hereby GRANTED and such parcels are considered "covered parcels" under the 2007 Settlement Agreement. Motions for intervention for coverage under the 2007 Settlement Agreement associated with tideland parcels listed on Exhibit A as "non-covered tidelands" are hereby DENIED. The Motions for Intervention and Motions to Substitute Party submitted by shellfish growers (Dkt. Nos. 355 – 358, 360-370, 372, 391, and 396) are also hereby GRANTED. This subproceeding is hereby closed pursuant to the terms of the Settlement Agreement.

DATED this 26th day of May, 2020.

_____
David W. Christel
United States Magistrate Judge

ORDER APPROVING SETTLEMENT AGREEMENT - 2
Case No. C70-9213-RSM-DWC, Subproceeding 89-3-06 (Shellfish)

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, WA 98584
(360) 432-1771